# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FRANK ANTHONY MARROQUIN,

    Petitioner,

v.

WILLIAM GORE et al.,

    Respondents.

Case No. 18-cv-00623 DMS (RBM)

**ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND (2) GRANTING RESPONDENT'S MOTION TO DISMISS**

Plaintiff Frank Anthony Marroquin, proceeding *pro se*, filed a First Amended Petition for writ of habeas corpus under 28 U.S.C. § 2254, seeking relief from his March 2018 probation revocation in San Diego Superior Court. Respondent William Gore filed a motion to dismiss on grounds that Petitioner failed to exhaust his available state court remedies. Petitioner filed an opposition. Magistrate Judge Ruth Bermudez Montenegro issued a Report and Recommendation ("R&R"), recommending that the Court grant Respondent's motion to dismiss without prejudice. Petitioner filed an objection to the R&R.

This Court, having reviewed *de novo* the Magistrate Judge's R&R and Petitioner's objection to the R&R, adopts the Magistrate Judge's recommendation and grants Respondent's motion to dismiss without prejudice. The Clerk of Court shall enter judgment accordingly.

**IT IS SO ORDERED.**

Dated: May 9, 2019

Hon. Dana M. Sabraw
United States District Judge